UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

NO. 98-15757
CT/AG#: CV-96-00965-LKK(GGH)

ANDREW H.K. WONG

    Plaintiff - Appellant

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

    Defendant - Appellee

FILED

NOV 22 1999

---

APPEAL FROM the United States District Court for the Eastern District of California (Sacramento).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Eastern District of California (Sacramento) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is reversed and remanded.

Filed and entered    September 16, 1999

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 19 1999

by: _____
Deputy Clerk

United States District Court
for the
Eastern District of California
November 23, 1999

* * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

   v.

Regents of the Univ

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  November 23, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Dan Siegel                          SJ/LKK
    Siegel Yee and Jonas
    499 14th Street
    Suite 220
    Oakland, CA  94612

    Michael T Lucey
    Gordon and Rees
    Embarcadero Center West
    275 Battery Street
    Suite 2000
    San Francisco, CA  94111
```

                              Jack L. Wagner, Clerk

                              BY: _____
                                   Deputy Clerk