

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW H.K. WONG,

    Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.
_____/

NO. CIV. S-96-965 LKK/GGH

O R D E R

On April 3, 1998, the court entered summary judgment for the defendant in the above-captioned matter. On appeal, the Ninth Circuit reversed that decision and remanded the case for further proceedings.

Accordingly, the court hereby makes the following ORDERS:

1. A Status Conference is SET for March 13, 2000 at 3:30 p.m. in Chambers; and

////
////
////

```
 1      2.   The parties are reminded of their obligations to file and
 2 serve status reports not later than ten (10) days preceding the
 3 conference.
 4      IT IS SO ORDERED.
 5      DATED:   February 17, 2000.
 6
 7                                    LAWRENCE K. KARLTON
                                      CHIEF JUDGE EMERITUS
 8                                    UNITED STATES DISTRICT COURT
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

United States District Court
for the
Eastern District of California
February 22, 2000

* * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

v.

Regents of the Univ

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 22, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Dan Siegel                               SJ/LKK
Siegel Yee and Jonas
499 14th Street
Suite 220
Oakland, CA  94612

Michael T Lucey
Gordon and Rees
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA  94111


Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk