MPS

FEB 1 4 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW H.K. WONG,

NO. CIV. S-96-965 LKK/GGH

      Plaintiff,

   v.

O R D E R

REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

      Defendant.

_____/

On February 12, 2001, the court held a Pretrial Conference with both parties in the above-captioned matter. Plaintiff petitioned the court to certify the court's January 11, 2001 order for interlocutory appeal. Certification is appropriate where the "order involves a controlling question of law as to which there is a substantial ground for difference of opinion" and where "an immediate appeal from the order may materially advance the ultimate termination of the litigation." See 28 U.S.C. § 1292(b).

The court's January 11, 2001 order involved a controlling question of law. The question, in which reasonable persons could

1  disagree, is whether the plaintiff in this matter, who has tendered

2  evidence of an impairment, is disabled within the meaning of the

3  Americans with Disabilities Act.  In light of the recent trilogy

4  of Supreme Court cases, the answer to this question remains

5  uncertain.  See Albertsons, Inc. v. Kirkingburg, 527 U.S. 555

6  (1999), Sutton v. United Airlines, Inc., 527 U.S. 471 (1999), and

7  Murphy v. United Parcel Service, Inc., 527 U.S. 516  (1999).

8  Moreover, the court's order significantly restricts plaintiff's

9  claims and remedy, as the remaining "regarded as" disabled claim

10  would appear to preclude plaintiff from being reinstated into the

11  U.C. Davis School of Medicine.  Therefore, an immediate appeal

12  would materially advance the ultimate termination of the

13  litigation.   Accordingly, pursuant to 28 U.S.C. § 1292(b), the

14  court's January 11, 2001 order is hereby CERTIFIED for

15  interlocutory appeal.  The parties are directed to inform the court

16  within ten (10) days of the circuit's disposition of the appeal.

17        IT IS SO ORDERED.

18        DATED:  February 13, 2001.

20                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
21                              UNITED STATES DISTRICT COURT

                                    2

United States District Court
for the
Eastern District of California
February 14, 2001

* * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

v.

Regents of the Univ

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 14, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Dan Siegel                          SJ/LKK
Siegel Yee and Jonas
499 14th Street
Suite 220
Oakland, CA  94612

Michael T Lucey
Gordon and Rees
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA  94111

U.S. Court of Appeals
for the Ninth Circuit

P.O. Box 193939
San Francisco, CA 94119 3939

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk