UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW H.K. WONG,

    Plaintiff,

NO. CIV. S-96-965 LKK/GGH

v.

O R D E R

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.
_____/

    On February 14, 2001, the court issued an order certifying the court's January 11, 2001 order for interlocutory appeal. On March 23, 2001, defendant filed objections to the tentative pretrial order. Accordingly, the court hereby ORDERS:

    1. Consideration of the objections is DEFERRED pending the Ninth Circuit's ruling on the interlocutory appeal; and

////
////
////
////

1

1     2.  The parties are to INFORM the court within ten (10) days of the Circuit's disposition of the certification of the interlocutory appeal.

IT IS SO ORDERED.

DATED: April 16, 2001.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ndd

United States District Court
for the
Eastern District of California
April 18, 2001

* * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

   v.

Regents of the Univ

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 18, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Dan Siegel                        SJ/LKK
    Siegel Yee and Jonas
    499 14th Street
    Suite 220
    Oakland, CA   94612

    Michael T Lucey
    Gordon and Rees
    Embarcadero Center West
    275 Battery Street
    Suite 2000
    San Francisco, CA   94111

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk