FILED
MAY - 8 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW H.K. WONG,

    Plaintiff,

    v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.

NO. CIV. S-96-965 LKK/GGH

O R D E R

On May 4, 2001, the court held a telephonic conference with the parties in the above-captioned matter. Given that the Ninth Circuit has not ruled on the court's certification for interlocutory appeal, see Order dated February 14, 2001, the court hereby orders the trial to be CONTINUED to October 23, 2001, at 10:00 a.m. in Courtroom No. 4.

////
////
////
////

1

1  The parties are referred to the Local Rules and the court's Status
2  (pretrial scheduling) Order for the timing and contents of their
3  trial briefs, jury instructions and proposed form of verdict.
4      IT IS SO ORDERED.
5      DATED:  May 4, 2001.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2

ndd

United States District Court
for the
Eastern District of California
May 8, 2001

* * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

v.

Regents of the Univ

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 8, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Dan Siegel
Siegel Yee and Jonas
499 14th Street
Suite 220
Oakland, CA  94612

SJ/LKK

Michael T Lucey
Gordon and Rees
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA  94111


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk