UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 18 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ANDREW H. K. WONG, | No. 01-80033 |
| Petitioner, | DC# CV-96-965-LKK |
| v. | Eastern California |
| UNIVERSITY OF CALIFORNIA REGENTS, | ORDER |
| Respondent. | |

**FILED**
JUN 19 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Before: O'SCANNLAIN and GOULD, Circuit Judges

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

S:\MOATT\Panelord\6.11.01\me2\01-80033.wpd

A TRUE COPY
ATTEST    JUN 18 2001
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk

ndd

United States District Court
for the
Eastern District of California
June 19, 2001

* * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

   v.

Regents of the Univ

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  June 19, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Dan Siegel                          SJ/LKK
    Siegel Yee and Jonas
    499 14th Street
    Suite 220
    Oakland, CA  94612

    Michael T Lucey
    Gordon and Rees
    Embarcadero Center West
    275 Battery Street
    Suite 2000
    San Francisco, CA  94111


                                    Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk