FILED

SEP 27 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW H.K. WONG,

      Plaintiff,

  v.

REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

      Defendant.
_____/

NO. CIV. S-96-965 LKK/GGH

O R D E R

    On August 16, 2001, counsel for defendant requested the court to allow defendant to conduct the deposition testimony of Dr. Frederick Royce and Dr. William Birdsong outside of California and preserve that testimony on videotape for trial. Defendant asserts that these two witnesses will be unable to travel to California for the upcoming trial in the above-captioned matter. Accordingly, the court hereby makes the following ORDERS:

    1.  Good cause being shown, defendant's request to allow defendant to conduct the depositions of Dr. Frederick Royce and Dr. William Birdsong outside of California is GRANTED;

1

```
1        2.   Defendant SHALL PAY for the cost of the depositions,
2   including the cost of the depositions' transcripts;
3        3.   Defendant SHALL PAY for plaintiff's reasonable travel
4   related costs.
5        IT IS SO ORDERED.
6        DATED:  September 25, 2001.
7
8                                     _____
                                      LAWRENCE K. KARLTON
9                                     SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
10
```

```
                 United States District Court
                            for the
                   Eastern District of California
                      September 27, 2001
```

## * * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

    v.

Regents of the Univ

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 27, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Dan Siegel  
    Siegel Yee and Jonas  
    499 14th Street  
    Suite 220  
    Oakland, CA   94612

    Michael T Lucey  
    Gordon and Rees  
    Embarcadero Center West  
    275 Battery Street  
    Suite 2000  
    San Francisco, CA   94111

SJ/LKK

Jack L. Wagner, Clerk

BY: _____  
      Deputy Clerk