**LODGED**
NOV - 8 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**FILED**
NOV 1 3 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. K. WONG, | CASE NO. CIV-S-96 965-LKK-GGH |
| Plaintiff, | **ORDER GRANTING MOTION IN LIMINE TO EXCLUDE ARGUMENT THAT FAILURE TO PROVIDE ACCOMODATIONS CONSTITUTES EVIDENCE OF DISCRIMINATION** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

This matter came on regularly for hearing on October 22, 2001. Hunter Pyle appeared on behalf of plaintiff ANDREW WONG and Michael T. Lucey and Michael D. Bruno appeared on behalf of defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA.

Plaintiff, through his counsel, did not oppose the motion. Good cause appearing therefor, the court hereby grants the Motion.

Dated: November 9, 2001

By_____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

```
                    United States District Court
                              for the
                    Eastern District of California
                         November 13, 2001
```

## * * CERTIFICATE OF SERVICE * *

2:96-cv-00965

Wong

   v.

Regents of the Univ

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 13, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
   Dan Siegel                              SJ/LKK
   Siegel Yee and Jonas
   499 14th Street
   Suite 220
   Oakland, CA  94612

   Michael T Lucey
   Gordon and Rees
   Embarcadero Center West
   275 Battery Street
   Suite 2000
   San Francisco, CA  94111
```

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                              Deputy Clerk