LODGED

NOV - 8 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FILED

NOV 13 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. K. WONG, | CASE NO. CIV-S-96 965-LKK-GGH |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

  This matter came on regularly for trial on October 22, 2001. Hunter Pyle appeared on behalf of plaintiff ANDREW WONG and Michael T. Lucey and Michael D. Bruno appeared on behalf of defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA.

    At the hearing on defendant's Motion in Limine to Exclude Argument that Failure to Accommodate Constitutes Evidence of Discrimination, plaintiff conceded that under existing law a person who is not disabled within the meaning of the ADA and the Rehabilitation Act does not have a right to 'reasonable accommodation.' Plaintiff further conceded that the basis of his claim against defendant is defendant's refusal to grant him reasonable accommodation. If precluded from introducing evidence regarding defendant's failure to grant him reasonable accommodation, plaintiff lacks sufficient evidence to sustain his burden of proof on his claim

1  under the ADA and the Rehabilitation Act.

2        GOOD CAUSE APPEARING THEREFOR, judgment is hereby entered in favor
3  of Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and against plaintiff
4  ANDREW WONG.

6  Dated: November 9, 2001      By: _____
7                                    LAWRENCE K. KARLTON
                                    UNITED STATES DISTICT JUDGE

mdk

United States District Court
for the
Eastern District of California
November 13, 2001

\* \* CERTIFICATE OF SERVICE \* \*

2:96-cv-00965

Wong

   v.

Regents of the Univ

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 13, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Dan Siegel                                             SJ/LKK
    Siegel Yee and Jonas
    499 14th Street                                    VC/GGH
    Suite 220
    Oakland, CA   94612

    Michael T Lucey
    Gordon and Rees
    Embarcadero Center West
    275 Battery Street
    Suite 2000
    San Francisco, CA   94111


                                              Jack L. Wagner, Clerk

                                      BY: _____
                                             Deputy Clerk