UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 1 5 2005

| | |
|---|---|
| ANDREW HK WONG,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant - Appellee. | No. 01-17432<br>D.C. No. CV-96-00965-LKK(DAD)<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the Eastern District of California (Sacramento).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Eastern District of California (Sacramento) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/18/04





A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 1 4 2005

by
Deputy Clerk